UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Dow Jones & Company, Inc.,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 2:22-CV-01070 |
| : | |
| **Nic.kl, Inc.,** : | |
| : | |
| Defendant. : | |
| : | |

### Stipulation of Dismissal

Pursuant Rule 41(a)(1)(A)(ii) and to the below signatures of all parties who appeared stipulating hereto, this action is hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED:

TUCKER ARENSBERG, P.C.                          BALLARD SPAHR LLP


*/s/ Ryan James*                                */s/ Benjamin N. Simler*
Mark A. Eck                                     Lynn E. Rzonca
Pa. I.D. #34613                                 Pa. I.D. # 86747
Ryan James                                      rzoncal@ballardspahr.com
Pa. I.D. # 82799                                Benjamin N. Simler
meck@tuckerlaw.com                              Pa. I.D.# 330134
rjames@tuckerlaw.com                            simlerb@ballardspahr.com

1500 One PPG Place                              1735 Market Street, 51st Floor
Pittsburgh, PA 15222                            Philadelphia, PA 19103-7599
Tel: (412) 594-3930/Fax: (412) 594-5619         Tel: (215) 665-8500/Fax: (215) 864-8999

*Attorneys for Defendant Nic.kl, Inc.*          *Attorneys for Plaintiff Dow Jones & Company, Inc.*

Dated: November 22, 2022.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true and correct copy of the foregoing Stipulation of Dismissal was filed electronically and is available for viewing and downloading from the CM/ECF system, and was served via the Court's CM/ECF system on all counsel of record, including:

Ryan James    rjames@tuckerlaw.com
Mark Eck      meck@tuckerlaw.com

Date: November 22, 2022        s/Benjamin N. Simler
                                          Benjamin N. Simler